UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re:

    **Boston Generating, LLC**                                In Proceedings For A
                                                                     Reorganization Under
                            Debtors.                     Chapter 11
                                                                      Case No.10-14419 (SCC)


-----------------------------------------------------------X
Craig R. Jalbert, the Liquidating Trustee of the
BosGen Liquidating Trust,
                            Plaintiff,


                  V.                                                                Adversary Proceeding No.

K Road Power Management, LLC
K Road BG LLC, K Road BG Holdings LLC,
K Road BG Management, LLC, K Road
Holdings LLC, K Road Power BG LLC,
K Road BG MM LLC, WBD K Road
Power BG LLC, William, Kriegel, Barry
Sullivan, David Tohir, Nicholas Donahue,
Mark Friedland, Anthony Corso, Daniel
O'Shea, Scott Silverstein, Paul Ehrenzeller,
The Individuals or Entities Listed in Exhibits
A, and Does 1- 100, such names being
fictitious and unknown to Plaintiff, representing
individuals or entities who or that may be legal
or beneficial owners of membership units and
warrants that were repurchased or redeemed in
connection with the Leverages Recap Transaction
underlying this action, or who or that benefited
from the transfers underlying this action, or who
engaged in the acts and conduct described in the
Complaint , Individually and as Class
Representatives of a Class of Similarly Situated
Individuals or Entities.
                            Defendants.
-----------------------------------------------------------X

**CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED, *August 14, 2012, UNDER LEAD CASE NO. 10-14419 (SCC)  DOCUMENT NO. 1036*,  DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.