**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Boston Generating, LLC, *et. al*., | : | |
| | : | Case No. 10-14419 (SCC) |
| Debtor(s) | : | |
|_____| : | |
| | : | |
| Mark Holliday, the Liquidating | : | |
| Trustee of the BosGen Liquidating | : | |
| Trust, | : | |
| | : | |
| Plaintiff, | : | |
| | : | Adversary Proceeding |
| V. | : | Case No. 12-1879 (SCC) |
| | : | |
| K Road Power Mangement LLC, *et. al*., | : | |
| | : | |
| Defendants. | : | |
|_____| : | |

**<u>CONFIDENTIAL - SUBJECT TO BANKRUPTCY COURT ORDER</u>**

THE MATERIAL HEREIN HAS BEEN FILED UNDER SEAL PURSUANT TO AN ORDER OF THE BANKRUPTCY COURT, DATED 8/14/2012, DIRECTING THE CLERK TO FILE SUCH MATERIAL UNDER SEAL.