SCHULTE ROTH & ZABEL LLP
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Counsel for Cedarview Capital Management LP; Citigroup Alternative Investments LLC, as successor in interest to Epic Asset Management LLC; Epic Distressed Debt Opportunities Fund Ltd.; and Longacre Capital Partners (QP) LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>BOSTON GENERATING, LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>(Jointly Administered) |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>*Plaintiff*,<br><br>-against-<br><br>K ROAD POWER MANAGEMENT, LLC, *et al*.<br><br>*Defendants*. | Adversary Proceeding<br><br>No. 12-01879 (SCC) |

**NOTICE OF APPEARANCE WITH REQUEST FOR**
**SERVICE OF PAPERS UNDER FED. R. BANKR. P. 2002(g)**

PLEASE TAKE NOTICE that we appear for Cedarview Capital Management LP; Citigroup Alternative Investments LLC, as successor in interest to Epic Asset Management LLC; Epic Distressed Debt Opportunities Fund Ltd.; and Longacre Capital Partners (QP) LP and

request, effective immediately, pursuant to Fed. R. Bankr. P. 2002(g), that copies of all papers, including notices, pleadings, motions, orders to show cause, applications and orders filed or entered in these cases should be sent to the undersigned counsel:

Dated: New York, New York
November 1, 2013

SCHULTE ROTH & ZABEL LLP

By: /s/ David M. Hillman
Adam C. Harris
David M. Hillman
William H. Gussman, Jr.
Erik Schneider
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955

*Attorneys for Cedarview Capital Management LP; Citigroup Alternative Investments LLC, as successor in interest to Epic Asset Management LLC; Epic Distressed Debt Opportunities Fund Ltd.; and Longacre Capital Partners (QP) LP*