**Hearing Date: March 11, 2014**
**Response Deadline: January 10, 2014**

| | |
|---|---|
| SCHULTE ROTH & ZABEL LLP<br>919 Third Avenue<br>New York, New York  10022<br>Telephone:  (212) 756-2000<br>Facsimile:  (212) 593-5955 | AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park, Bank of America Tower<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 |
| *Counsel for Anchorage Capital Master Offshore, Ltd., Stonehill Institutional Partners, L.P., Anchorage Capital Group, L.L.C. f/k/a Anchorage Advisors, LLC, Anchorage Capital Master Offshore II, Ltd., Stonehill Capital Management LLC, and Boston Generating Offshore Holdings, Ltd.* | *Counsel for Sandell Asset Management Corp., Satellite Asset Management L.P., CMI Holdings Investments, Ltd., Castlerigg Partners, L.P., Satellite Senior Income Fund, LLC, Satellite Fund I, L.P., Satellite Fund II, L.P., Ex Orbit Group, Ltd., Satellite Overseas Fund, Ltd., The Apogee Fund, Ltd., Satellite Fund IV, L.P., Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VII, Ltd., Satellite Overseas Fund VIII, Ltd., and Satellite Overseas Fund IX, Ltd. as to counts twelve, thirteen and fourteen* |
| CLAYMAN & ROSENBERG LLP<br>305 Madison Avenue<br>New York, NY 10165<br>Telephone: (212) 922-1080<br>Fax: (212) 949-8255 | MEYER, SUOZZI, ENGLISH & KLEIN, P.C.<br>990 Stewart Avenue, Suite 300<br>P.O. Box 9194<br>Garden City, NY  11530-9194<br>Telephone: (516) 741-6565<br>Fax: (516) 741-6706 |
| *Counsel for Sandell Asset Management Corp., CMI Holdings Investments, Ltd., and Castlerigg Partners, L.P. as to counts one through six* | *Counsel for Satellite Asset Management L.P., Satellite Senior Income Fund, LLC, Satellite Fund I, L.P., Satellite Fund II, L.P., Ex Orbit Group, Ltd., Satellite Overseas Fund, Ltd., The Apogee Fund, Ltd., Satellite Fund IV, L.P., Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VII, Ltd., Satellite Overseas Fund VIII, Ltd., and Satellite Overseas Fund IX, Ltd. as to counts one through six* |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
:     Chapter 11
In re                                               :
:     Case No. 10-14419 (SCC)
BOSTON GENERATING, LLC, *et al.*,    :
:     (Jointly Administered)
:
                              Debtors.          :
_____x

```
-----------------------------------------------------------------------------
MARK HOLLIDAY, the Liquidating Trustee of the           :
BosGen Liquidating Trust,                               :
                                                        :
                                                        :
                     Plaintiff,                         :
                                                        :     Adversary Proceeding
         vs.                                            :
                                                        :     No. 12-01879 (SCC)
K ROAD POWER MANAGEMENT, LLC, et al.                    :
                                                        :
                                                        :
                     Defendants.                        :
-----------------------------------------------------------------------------x
```

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, the Declaration of William H. Gussman, Jr. and the exhibits attached thereto, and all prior pleadings and proceedings herein, Defendants Anchorage Capital Master Offshore, Ltd., Satellite Asset Management, L.P., Stonehill Institutional Partners, L.P., Sandell Asset Management Corp., (collectively, the "Nominating Committee Members"), and their respective affiliates named in the Amended Complaint (such affiliates, the "Affiliated Transferee Defendants") will move for an order dismissing with prejudice Counts One through Six and Twelve through Fourteen of the Amended Complaint filed by Mark Holliday, as the Liquidating Trustee of the BosGen Liquidating Trust (the "Trustee"), in the above captioned action, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) as incorporated in Federal Rules of Bankruptcy Procedure 7009 and 7012(b).

Please take further notice that a hearing will be held on the motion on March 11, 2014, at the United States Courthouse, One Bowling Green, New York, New York.

Please take further notice that pursuant to a Scheduling Order dated August 20, 2013, opposition papers, if any, to the motion shall be filed with the Bankruptcy Court and

served upon counsel for the Nominating Committee Members and the Affiliated Transferee Defendants by no later than January 10, 2014 and reply papers, if any, shall be filed with the Bankruptcy Court and served upon counsel for the Trustee by no later than February 28, 2014.

Dated:   New York, New York
         November 1, 2013

                                    SCHULTE ROTH & ZABEL LLP

                                    By:   /s/ David M. Hillman
                                    Adam C. Harris
                                    David M. Hillman
                                    William H. Gussman, Jr.
                                    Erik Schneider

                                    919 Third Avenue
                                    New York, New York 10022
                                    Telephone: (212) 756-2000
                                    Facsimile: (212) 593-5955
                                    E-mail: Adam.Harris@srz.com
                                                  David.Hillman@srz.com
                                                  Bill.Gussman@srz.com
                                                  Erik.Schneider@srz.com

*Counsel for Anchorage Capital Master Offshore, Ltd., Stonehill Institutional Partners, L.P., Anchorage Capital Group, L.L.C. f/k/a Anchorage Advisors, LLC, Anchorage Capital Master Offshore II, Ltd., Stonehill Capital Management LLC, and Boston Generating Offshore Holdings, Ltd.*

                                    AKIN GUMP STRAUSS HAUER & FELD LLP

                                    By:   /s/ Sean E. O'Donnell
                                    Sean E. O'Donnell
                                    Robert H. Pees
                                    Jessica L. Oliff
                                    Jennifer C. Hildebrand

                                    One Bryant Park
                                    Bank of America Tower
                                    New York, NY 10036
                                    Telephone: (212) 872-1000
                                    Facsimile: (212) 872-1002
                                    E-mail:  Sodonnell@akingump.com
                                                  Rpees@akingump.com

Joliff@akingump.com
Jhildebrand@akingump.com

*Counsel for Sandell Asset Management Corp., Satellite Asset Management L.P., CMI Holdings Investments, Ltd., Castlerigg Partners, L.P., Satellite Senior Income Fund, LLC, Satellite Fund I, L.P., Satellite Fund II, L.P., Ex Orbit Group, Ltd., Satellite Overseas Fund, Ltd., The Apogee Fund, Ltd., Satellite Fund IV, L.P., Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VII, Ltd., Satellite Overseas Fund VIII, Ltd., and Satellite Overseas Fund IX, Ltd. as to counts twelve, thirteen and fourteen*

MEYER, SUOZZI, ENGLISH & KLEIN, P.C.

By:  /s/ Thomas R. Slome
Thomas R. Slome
Kevin Schlosser

990 Stewart Avenue, Suite 300
P.O. Box 9194
Garden City, NY  11530-9194
Telephone: (516) 741-6565
Fax: (516) 741-6706
E-mail: tslome@msek.com
         kschlosser@msek.com

*Counsel for Satellite Asset Management L.P., Satellite Senior Income Fund, LLC, Satellite Fund I, L.P., Satellite Fund II, L.P., Ex Orbit Group, Ltd., Satellite Overseas Fund, Ltd., The Apogee Fund, Ltd., Satellite Fund IV, L.P., Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VII, Ltd., Satellite Overseas Fund VIII, Ltd., and Satellite Overseas Fund IX, Ltd. as to counts one through six*

CLAYMAN & ROSENBERG LLP

By:  /s/ Denis P. Kelleher
Denis P. Kelleher
Ramsey C. Hinkle

305 Madison Avenue
New York, NY 10165

4

Telephone: (212) 922-1080  
Fax: (212) 949-8255  
Email:   Kelleher@clayro.com  
            Hinkle@clayro.com  

*Counsel for Sandell Asset Management Corp., CMI Holdings Investments, Ltd., and Castlerigg Partners, L.P. as to counts one through six*

**CERTIFICATE OF SERVICE**

I, David M. Hillman, hereby certify that on this 1st day of November 2013, a copy of the foregoing Notice of Motion was filed electronically with the Clerk of Court through the Court's CM/ECF system, thus serving all registered parties.

/s/ David M. Hillman
David M. Hillman