**Hearing Date: March 11, 2014 at 10:00 a.m.**
**Opposition Dealine: January 10, 2014**
**Reply Deadline: February 28, 2014**

Tibor L. Nagy, Jr.
Jason S. Lapkin
Stephanie M. Suarez
DONTZIN NAGY & FLEISSIG LLP
980 Madison Avenue, Second Floor
New York, New York  10017-2024
Telephone: (212) 717-2900
Facsimile:  (212) 717-8088

Dean A. Ziehl
Maria A. Bove
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 36th Floor
New York, New York  10017-2024
Telephone: (212) 561-7700
Facsimile:  (212) 561-7777

*Attorneys for Defendants Harbinger Capital Partners, LLC,*
*Boston Harbor Power LLC, Power Management Financing*
*LLC, Harbert Distressed Investment Master Fund, Ltd.,*
*and Harbinger Capital Partners Master Fund I, Ltd.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: <br>     BOSTON GENERATING, LLC, *et al.* <br><br>                      Debtors. | Chapter 11 <br><br> Case No. 10-14419 (SCC) |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, <br><br>                      Plaintiff, <br>     v. <br><br> K ROAD POWER MANAGEMENT LLC, *et al.* <br><br>                      Defendants. | Adv. Pro. No. 12-01879 (SCC) |

**NOTICE OF THE HARBINGER DEFENDANTS' MOTION**
**TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of the Harbinger Defendants' Motion to Dismiss the First Amended Complaint, the Declaration of Tibor L. Nagy, Jr. in Support of the Harbinger Defendants' Motion to Dismiss the First Amended Complaint and all exhibits attached thereto, and all prior proceedings herein, Defendants Harbinger Capital Partners, LLC, Boston Harbor Power LLC, Power Management Financing LLC, Harbert Distressed Investment Master Fund, Ltd. and Harbinger Capital Partners Master Fund I, Ltd. (collectively, the "Harbinger Defendants") are moving this Court for entry of an order, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7012 of the Federal Rules of Bankruptcy Procedure, dismissing the First Amended Complaint, dated August 1, 2013, filed by Mark Holliday, as Liquidating Trustee of the BostonGen Liquidating Trust (the "Trustee").

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held in connection with entry of an order granting the relief requested and any further relief on March 11, 2013 at 10:00 a.m. before the before the Honorable Shelley C. Chapman, United States Bankruptcy Judge, in Courtroom 621 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's opposition to the Motion to Dismiss must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and shall be served in accordance with

2

General Order M-399 upon the undersigned counsel, so as to be actually received no later than January 10, 2014.

**PLEASE TAKE FURTHER NOTICE** that Harbinger Defendants' reply must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court for the Southern District of New York, shall be filed with the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at http://www.nysb.uscourts.gov), and shall be served in accordance with General Order M-399 upon the Trustee, so as to be actually received no later than February 28, 2014.

Dated:  November 1, 2013
        New York, New York

Respectfully submitted,

DONTZIN NAGY & FLEISSIG LLP

  */s/ Tibor L. Nagy, Jr.*
Tibor L. Nagy, Jr.
Jason S. Lapkin
Stephanie M. Suarez
980 Madison Avenue, Second Floor
New York, New York  10075
Telephone: 212-717-2900
Facsimile:  212-717-8088

- and -

PACHULSKI STANG ZIEHL & JONES LLP

  */s/ Dean A. Ziehl*
Dean A. Ziehl
Maria A. Bove
780 Third Avenue, 36th Floor
New York, New York  10017
Telephone:  (212) 561-7700
Facsimile:  (212) 561-7777

3