**SHEARMAN & STERLING LLP**
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000

*Attorneys for Defendants The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading L.L.C., and Tudor Investment Corporation*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BOSTON GENERATING, LLC *et al.*,<br><br>　　　　　Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br>Jointly Administered |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>　　　　　*Plaintiff*,<br><br>　　　　　v.<br><br>K ROAD POWER MANAGEMENT, LLC, *et al.*,<br><br>　　　　　*Defendants*. | Adv. No. 12-01879 (SCC) |

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that Richard F. Schwed of the law firm of Shearman & Sterling LLP hereby appears in the above-captioned action on behalf of defendants The Raptor

Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading, L.L. C., and Tudor Investment Corporation.

Dated:  March 18, 2015
        New York, New York

                                      Respectfully submitted,

                                      */s/ Richard F. Schwed*
                                      SHEARMAN & STERLING LLP
                                      Richard F. Schwed
                                      599 Lexington Avenue
                                      New York, New York  10022
                                      Telephone:  (212) 848-4000
                                      Facsimile:  (212) 848-7179

                                      *Attorneys for Defendants The Raptor*
                                      *Global Portfolio Ltd., The Tudor BVI*
                                      *Global Portfolio L.P., Tudor*
                                      *Proprietary Trading, L.L.C., and*
                                      *Tudor Investment Corporation*

**CERTIFICATE OF SERVICE**

I, Richard F. Schwed, hereby certify that on this 18th day of March 2015, a copy of the foregoing Notice of Appearance was filed electronically with the Clerk of Court through the Court's CM/ECF system, thus serving all registered parties.

*/s/ Richard F. Schwed*
Richard F. Schwed