| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | Hearing Date: October 24, 2019<br>Hearing Time: 10:00 a.m. |

------------------------------------------------------------x
In re                                                                           :         Chapter 11
                                                                                  :
BOSTON GENERATING LLC, *et al.*,                             :         Case No. 10-14419 (SCC)
                                                                                  :
                    Debtors.                               :         Jointly Administered
                                                                                  :
------------------------------------------------------------x
MARK HOLLIDAY, the Liquidating Trustee of the     :
BosGen Liquidating Trust,                                       :
                                                                                  :
    Plaintiff,                                                       :
                                                                                  :
-versus-                                                                     :         Adversary Proceeding
                                                                                  :
K ROAD POWER MANAGEMENT, LLC, *et al.*,        :         No. 12-01879 (MEW)
                                                                                  :
                    Defendants.                       :
                                                                                  :
------------------------------------------------------------x

**<u>NOTICE OF MOTION TO DISMISS THE THIRD AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated July 18, 2019, and the Declaration of Philip D. Anker and the exhibits thereto, the undersigned Defendants, through their counsel, will move before the Honorable Michael E. Wiles, United States Bankruptcy Judge of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, on October 24, 2019 at 10:00 a.m., for an order dismissing the Third Amended Complaint with prejudice.

Dated:  July 18, 2019

Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

/s/ *Philip D. Anker*
Philip D. Anker
Alan E. Schoenfeld
Joel Millar
Ryanne E. Perio
philip.anker@wilmerhale.com
alan.schoenfeld@wilmerhale.com
joel.millar@wilmerhale.com
ryanne.perio@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

*Attorneys for Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc.; D. E. Shaw & Co., L.P.; D. E. Shaw Laminar Portfolios, L.L.C.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Mason Capital Ltd.; Mason Capital Management LLC; Morgan Stanley & Co. LLC; RBS Holdings USA, Inc.; and Taconic Capital Partners 1.5 LP.*

HERRICK, FEINSTEIN LLP

/s/ *Sean E. O'Donnell*
Sean E. O'Donnell
Shivani Poddar
Elena T. McDermott
sodonnell@herrick.com
spoddar@herrick.com
emcdermott@herrick.com
Two Park Avenue
New York, New York 10016
(212) 592-1400

*Attorneys for Ex Orbit, Ltd, Satellite Senior Income Fund, LLC, CMI Holdings Investments Ltd., Castlerigg Partners, LP, Highland Crusader Offshore Partners, LP, GK Debt Opportunity Fund, Ltd., Satellite Asset Management, LP, Sandell Asset Management Corporation, Onex Credit Partners, LLC, Satellite Overseas Fund Ltd., The Apogee Fund, Ltd., Satellite Fund IV, LP, Satellite Overseas Fund V, Ltd., Satellite Overseas Fund VI, Ltd., Satellite Overseas Fund VIII, Ltd., Satellite Overseas Fund IX, Ltd., Satellite Fund I, LP, Satellite Fund II, LP, EX Orbit Group, Ltd., and Satellite Overseas Fund VII, Ltd.*

| | |
|---|---|
| SHEARMAN & STERLING LLP | SCHULTE ROTH & ZABEL LLP |
| /s/ Richard F. Schwed | /s/ William H. Gussman, Jr. |
| Richard F. Schwed | Adam C. Harris |
| Randall Martin | David M. Hillman |
| rschwed@shearman.com | William H. Gussman, Jr. |
| randy.martin@shearman.com | Adam.Harris@srz.com |
| 599 Lexington Avenue | David.Hillman@srz.com |
| New York, New York 10022 | Bill.Gussman@srz.com |
| (212) 848-4000 | 919 Third Avenue |
| | New York, New York 10022 |
| *Attorneys for Defendants The Raptor Global Portfolio Ltd., The Tudor BVI Global Portfolio L.P., Tudor Proprietary Trading, L.L.C., and Tudor Investment Corporation* | (212) 756-2000 |
| | *Attorneys for Anchorage Capital Master Offshore, Ltd., Stonehill Institutional Partners, L.P., Anchorage Capital Group, L.L.C. f/k/a Anchorage Advisors, LLC, Anchorage Capital Master Offshore II, Ltd., Stonehill Capital Management LLC, Boston Generating Offshore Holdings, Ltd., Cedarview Capital Management LP, Citigroup Alternative Investments LLC, as successor in interest to Epic Asset Management LLC, Epic Distressed Debt Opportunities Fund Ltd., Longacre Capital Partners (QP) LP, and Longacre Master Fund, Ltd.* |
| CLAYMAN & ROSENBERG LLP | GIBSON, DUNN & CRUTCHER LLP |
| /s/ Ramsey Hinkle | /s/ Oscar Garza |
| Ramsey Hinkle | Oscar Garza |
| Denis P. Kelleher | Douglas Levin |
| hinkle@clayro.com | ogarza@gibsondunn.com |
| kelleher@clayro.com | dlevin@gibsondunn.com |
| 305 Madison Avenue, Ste. 1301 | 3161 Michelson Drive |
| New York, New York 10165 | Irvine, California 92612 |
| (212) 922-1080 | (949) 451-3800 |
| *Attorneys for Sandell Asset Management Corp., CMI Holdings Investments, Ltd., and Castlerigg Partners, L.P.* | PACHLUSKI STANG ZIEHL & JONES LLP |

        Dean A. Ziehl
        dziehl@pszjlaw.com
        780 Third Avenue, 36th Floor
        New York, New York 10017
        Tel.: (212) 561-7700

*Attorneys for Defendants Harbinger Capital Partners, LLC, Boston Harbor Power LLC, Power Management Financing LLC, and Harbinger Capital Partners Master Fund I, Ltd. (f/k/a Harbert Distressed Investment Master Fund, Ltd.)*

## CERTIFICATE OF SERVICE

I, Philip D. Anker, hereby certify that on this 18th day of July 2019, a copy of the foregoing Notice of Motion was filed electronically with the Clerk of Court through the Court's CM/ECF system, thus serving all registered parties.

/s/ Philip D. Anker
Philip D. Anker