**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>BOSTON GENERATING LLC, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 10-14419 (SCC)<br><br>Jointly Administered |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust,<br><br>Plaintiff,<br><br>-versus-<br><br>K ROAD POWER MANAGEMENT, LLC, *et al.*,<br><br>Defendants. | Adversary Proceeding<br><br>No. 12-01879 (MEW) |

**DECLARATION OF PHILIP D. ANKER IN SUPPORT OF DEFENDANTS' MOTION**
**TO DISMISS THE THIRD AMENDED COMPLAINT**

I, Philip D. Anker, hereby declare as follows:

1. I am a member of the Bar of New York and a partner with the law firm Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007.

2. This firm represents defendants Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc.; D.E. Shaw Laminar Portfolios, LLC; D.E. Shaw & Co. LP; Goldman Sachs & Co.; J.P. Morgan Securities LLC; Mason Capital Ltd.; Mason Capital Management LLC; Morgan Stanley & Co., LLC; RBS Holdings USA, Inc.; and Taconic Capital Partners 1.5 LP.

3. I make this declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint.

4. Attached hereto as Exhibit 1 is a true and correct copy of the Offer to Purchase: EBG Holdings LLC (dated as of Nov. 16, 2006).

5. Attached hereto as Exhibit 2 is a true and correct copy of the Certificate of Cancellation of the Certificate of Formation of Trade Claim Acquisition, L.L.C. (dated as of Dec. 28, 2010).

6. Attached hereto as Exhibit 3 is a true and correct copy of the Certificate of Dissolution of Epic Distressed Debt Holdings, Inc. (dated as of Sept. 3, 2009).

7. Attached hereto as Exhibit 4 is a true and correct copy of the Certificate of Dissolution of Greenwich International, Ltd. (dated as of May 21, 2010).

8. Attached hereto as Exhibit 5 is a true and correct copy of the Certificate of Striking Off for Cedarview EBG Holdings, Ltd. (dated as of May 15, 2009).

9. Attached hereto as Exhibit 6 is the FINRA BrokerCheck Report Summary for Credit Suisse Securities (USA) LLC.

10. Attached hereto as Exhibit 7 is the FINRA BrokerCheck Report Summary for Goldman Sachs & Co. LLC.

11. Attached hereto as Exhibit 8 is the FINRA BrokerCheck Report Summary for J.P. Morgan Securities LLC.

12. Attached hereto as Exhibit 9 is the FINRA BrokerCheck Report Summary for Morgan Stanley & Co. LLC.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: July 18, 2019

Respectfully submitted,

WILMER CUTLER PICKERING
HALE AND DORR LLP

/s/ *Philip D. Anker*
Philip D. Anker
Alan E. Schoenfeld
Joel Millar
Ryanne E. Perio
philip.anker@wilmerhale.com
alan.schoenfeld@wilmerhale.com
joel.millar@wilmerhale.com
ryanne.perio@wilmerhale.com
7 World Trade Center
250 Greenwich Street
New York, New York 10007
(212) 230-8800

*Attorneys for Credit Suisse Securities (USA) LLC; Credit Suisse (USA), Inc.; D. E. Shaw & Co., L.P.; D. E. Shaw Laminar Portfolios, L.L.C.; Goldman Sachs & Co. LLC; J.P. Morgan Securities LLC; Mason Capital Ltd.; Mason Capital Management LLC; Morgan Stanley & Co. LLC; RBS Holdings USA, Inc.; and Taconic Capital Partners 1.5 LP.*

## CERTIFICATE OF SERVICE

I, Philip D. Anker, hereby certify that on this 18th day of July 2019, a copy of the foregoing Declaration was filed electronically with the Clerk of Court through the Court's CM/ECF system, thus serving all registered parties.

/s/ Philip D. Anker
Philip D. Anker