# EXHIBIT 3

# Delaware



*The First State*

*I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF DISSOLUTION OF "EPIC DISTRESSED DEBT HOLDINGS, INC.", FILED IN THIS OFFICE ON THE THIRD DAY OF SEPTEMBER, A.D. 2009, AT 8:53 O'CLOCK P.M.*

*A FILED COPY OF THIS CERTIFICATE HAS BEEN FORWARDED TO THE NEW CASTLE COUNTY RECORDER OF DEEDS.*

*4083368 8100*

*090834212*




Jeffrey W Bullock, Secretary of State

*AUTHENTICATION: 7513720*

*DATE: 09-08-09*

*You may verify this certificate online at corp.delaware.gov/authver.shtml*

*State of Delaware*
*Secretary of State*
*Division of Corporations*
*Delivered 08:53 PM 09/03/2009*
*FILED 08:53 PM 09/03/2009*
*SRV 090834212 - 4083368 FILE*

# CERTIFICATE OF DISSOLUTION
# OF
# EPIC DISTRESSED DEBT HOLDINGS, INC.

It is hereby certified that:

FIRST: The name of the corporation is EPIC DISTRESSED DEBT HOLDINGS, INC. (the "Corporation").

SECOND: The dissolution of the Corporation was authorized on August 20, 2009.

THIRD: The dissolution of the Corporation has been authorized by all of the stockholders of the Corporation entitled to vote on a dissolution in accordance with subsection (c) of Section 275 of the General Corporation Law of the State of Delaware.

FOURTH: The names and addresses of the directors of the Corporation and the names, titles and addresses of the officers of the Corporation are as follows:

DIRECTORS

| Name | Address |
|---|---|
| Herb Seif | 399 Park Avenue, 7th Floor<br>New York, NY 10022 |

OFFICERS

| Name | Title | Address |
|---|---|---|
| Herb Seif | President, Secretary and Treasurer | 399 Park Avenue, 7th Floor<br>New York, NY 10022 |

Signed on August 28th, 2009.

Herb Seif, President

[863419-1]