# EXHIBIT 4

IN THE MATTER OF THE MEMBERS' VOLUNTARY WINDING-UP OF

# GREENWICH INTERNATIONAL, LTD.

---

PURSUANT TO SECTION 213 OF THE COMPANIES ACT 1981 THIS IS TO RECORD that the above captioned company was dissolved on the 21st day of May 2010 AND that all notices and documentation have been submitted to the Registrar of Companies as prescribed by the Companies Act 1981 with respect to a Members' Voluntary Winding-Up by BOTH the above captioned company and its duly appointed Liquidator.

IN WITNESS WHEREOF
I have hereto set my hand this
8th day of June 2010

Karla Whitter
for REGISTRAR OF COMPANIES