UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| In re | Chapter 11 |
| BOSTON GENERATING LLC, *et al.*, | Case No. 10-14419 (SCC) |
| Debtors. | Jointly Administered |
| MARK HOLLIDAY, the Liquidating Trustee of the BosGen Liquidating Trust, | |
| Plaintiff, | |
| v. | Adv. Proc. No. 12-01879 (RG) |
| K ROAD POWER MANAGEMENT, LLC, *et al.*, | |
| Defendants. | |

### ORDER DISMISSING THIRD AMENDED COMPLAINT

For the reasons set forth in the Court's June 18, 2020 Opinion [ECF No. 314], the Trustee's Third Amended Complaint [ECF No. 272-1] is hereby dismissed.

**SO ORDERED.**

Dated: June 19, 2020
New York, New York



Robert E. Grossman
United States Bankruptcy Judge